```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:

LIBOR-Based Financial Instruments                N O T I C E
Antitrust Litigation.
                                                 11 MD 2262 (NRB)

THIS DOCUMENT RELATES TO: All Cases
----------------------------------------X
```

**NAOMI REICE BUCHWALD, District Judge:**

Within the next ten days, the Court will issue a communication addressing issues related to the next steps in this litigation and inviting submissions from the parties. Before receiving our communication, counsel are directed not to make any submissions to the Court.

**IT IS SO ORDERED.**

DATED:   New York, New York
         July 2, 2014

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/14